LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
SULEMA DE LEON, aka "Sulema Gonzalez"

*Defendant(s)*

Case No. 2:26-mj-06073-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 20, 2019 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Caitlin Donovan, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:06 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Caitlin Donovan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Sulema De Leon ("DE LEON"), also known as Sulema Gonzalez, for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations and have been since January 2024. In the course of my work, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic records.

4. I have a Bachelor's Degree in dance from San Francisco State University and Doctorate degree in chiropractic from Southern California University of Health Sciences. I was a Customs and Border Protection ("CBP") Officer at the seaport of Long Beach, California for approximately three years. During

that time, I worked on teams in Merchandise Enforcement, Anti-Terrorism and Contraband Enforcement, Vessel Operations, and Radiation Portal Monitors. I also performed temporary duty at the land borders of Nogales, Arizona and San Ysidro, California. I have completed approximately 500 hours of instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Criminal Investigator Training Program. I have also completed approximately 500 hours of HSI-related instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Homeland Security Investigations Special Agent Training Program.

5. I currently work with the Homeland Security Task Force Financial – High Intensity Financial ("HSTFF-HIF") and as a Special Agent, I am responsible for investigating violations of federal criminal laws, such as the Bank Secrecy Act, Money Laundering Control Act, Immigration violations, and other federal crimes. These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover transactions; financial and telephone toll analysis; the preparation and execution of search warrants, and arrests, among other things. I have requested and participated in the preparation and execution of many HSI search and seizure warrants, multi-agency search warrants, and multiple site search warrants. I have requested and participated in search warrants of email accounts, online cloud accounts, cell phones, computers, and premises where computers, cell phones, and other electronic

evidence were searched, seized, and/or imaged.

## III. STATEMENT OF PROBABLE CAUSE

6. Department of Homeland Security ("DHS") records reveal that DE LEON was born on June XX, 1991, in Mexico, and is a native and citizen of Mexico, who entered the United States in 2015 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

7. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for DE LEON with fraud indicators that DE LEON either registered to vote, has voted, or both.

8. During the HSI investigation of DE LEON, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A XXXXXX418 in the name "DE LEON" with a date of birth of June XX, 1991, country of birth and citizenship as Mexico. This record includes a photograph of the person SAs recognized to be DE LEON. This recognition is based on my comparison to other law enforcement photographs of DE LEON. This record also lists additional identifying information for DE LEON to include a probable current physical address: XXXX Daisy Ave, Long Beach CA 90806, as well as two previous addresses: XXXX E Monroe St, Carson, CA 90810, and XXXX Fashion Ave, Long Beach CA 90810, a telephone number ending in -2481, an email of

jazmin.gonzalezXX@XXXXX.com, and date of birth of June XX, 1991.

9. Immigration documentation, specifically Form N-400 records for DE LEON, also lists her birth country and citizenship as Mexico, and contains a Social Security number ending in -3299 and a driver’s license number #FXXXX390.

10. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver’s license number #FXXXX390 is associated with the name “DE LEON” and is associated with the address on XXXX Fashion Ave, Long Beach, CA 90810. The latest issue date of this record is 03/22/2023, and it contained a photograph which SAs believe depicts DE LEON based on SAs’ comparison to pictures of DE LEON. This record also shows a date of birth as June XX, 1991 and contains an image of DE LEON’s signature.




11. During the HSI investigation of DE LEON, SAs subpoenaed the Los Angeles County Registrar’s Office for voter

registration information for DE LEON associated with the address on XXXX E Monroe St, Carson, CA 90810.

12. In September 2026, SAs received a certified voter registration application number XXXXXX182, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "Sulema Gonzalez" and lists the same address on XXXX E Monroe St, Carson, CA 90810.

13. Under the application question of "Are you a citizen of the United States of America" the answer "yes" is checked.


NOTICE: It is a felony if you sign this statement even though you know it is untrue; you can be fined and imprisoned for up to three years.

Yes No Are you a citizen of the United States of America?

Yes No Will you be 18 years old or older on or before election day?

If you checked "no" ... not complete this form

14. Following a declaration under penalty of perjury warning, the voter registration application is signed and dated June 4, 2013.


SIGNATURE—You must ...

X

Signature

Provide a Polling Place Site

Bilingual ... Poll Worker

15. The voter application also provided the following for DE LEON:

a. Date of birth as 06/XX/1991
b. "SSN4" as -3299
c. Phone number as XXXXXX-2481

16. The signature supplied by the voter and attached to voter application number XXXXXX182 is in the name of "Sulema Gonzalez" and appears to match DE LEON's signature on her California driver's license dated 03/22/2023.

17. The records from the Los Angeles County Registrar's Office show that DE LEON voted in general election by mail-in ballot on or around November 3, 2020.

18. Additionally, SAs have reviewed DHS records to determine whether DE LEON has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show DE LEON is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including a copy of DE LEON's California State Driver's License FXXXX390, a copy of DE LEON's Mexican passport #GXXXXX463, and a copy of DE LEON's Permanent Resident card with the USCIS #XXXXXX418.






19. Under the application questions in Part 12 of the Form

N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 12. Additional Information About You** (Person Applying for Naturalization)

Answer **Item Numbers 1. - 21.** If you answer "Yes" to any of these questions, include a typed or printed explanation on additional sheets of paper.

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No

20. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 09/20/2019.

***Applicant's Signature***

**3.** Applicant's Signature | Date of Signature (mm/dd/yyyy) 9/20/2019

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

21. The Form N-400 Naturalization application also provided the following for DE LEON:

a. Alien Number as A XXXXXX418
b. Date of birth as 06/XX/1991
c. Place of birth as Mexico
d. "SSN4" as -3299
e. Phone number as (562) 708-XXXX
f. Email as jazmin.gonzalez23@XXXXX.com

22. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration

Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

23. Based on the foregoing, I believe there is probable cause to believe that DE LEON knowingly and willfully falsely stated under oath that she was a United States Citizen in her voter registration application in order to register to vote and secure the issuance of an election ballot permitting her to vote in a California and federal election in violation of 18 U.S.C. § 1015(a).

/s/
CAITLIN DONOVAN, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE